Certificate Number: 02998-NJ-DE-037160596

Bankruptcy Case Number: 23-10531



02998-NJ-DE-037160596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2023, at 6:05 o'clock PM EST, Robert M Miller completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 6, 2023              By:     /s/Geaneen  Herbin

                                      Name:   Geaneen  Herbin

                                      Title:  Counselor