Certificate Number: 02998-NJ-DE-037160597

Bankruptcy Case Number: 23-10531



02998-NJ-DE-037160597

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 3, 2023</u>, at <u>6:05</u> o'clock <u>PM EST</u>, <u>Jennifer L Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   February 6, 2023          By:   /s/Geaneen  Herbin

                                  Name: Geaneen  Herbin

                                  Title: Counselor