UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Jennifer Miller
Robert M. Miller

Case No.: 23-10531 JNP

Chapter:        13

Hearing Date: July 19, 2023

Judge: Poslusny

## CERTIFICATION OF SERVICE

1. I, Rebecca Shatzoff:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___June 14, 2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ___Modified Chapter 13 Plan_____
    _____.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:   June 14, 2023              ___/s/ Rebecca Shatzoff_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>335 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><br>Flagstar Bank, N.A.<br>5151 Corporate Drive<br>Troy, MI 48098 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.