Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  23−10531−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert M. Miller Sr.                              Jennifer Lynn Miller
aka Robert Michael Miller                    118 Holly Ave
118 Holly Ave                                      Berlin, NJ 08009
Berlin, NJ 08009

Social Security No.:
    xxx−xx−4029                                  xxx−xx−7504

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 20, 2023.

Dated: July 20, 2023
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 23-10531-JNP

Robert M. Miller, Sr.                                                         Chapter 13

Jennifer Lynn Miller

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert M. Miller, Sr., Jennifer Lynn Miller, 118 Holly Ave, Berlin, NJ 08009-1117 |
| 519817916 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519866227 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2023 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2023 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519817891 | + | Email/Text: backoffice@affirm.com | Jul 20 2023 21:18:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519817892 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2023 21:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519826269 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 21:18:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519859391 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 22:17:03 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519817893 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 22:17:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519837303 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 21:36:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519817897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 21:54:36 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817898 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 21:34:43 | Card Works, Attn: Bankruptcy, 101 Crossways Park Dr West, Woodbury, NY 11797-2020 |
| 519817903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:35:31 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519817904 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:35:30 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519866703 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:53:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

SD 57108-5027

| | | | |
|---|---|---|---|
| 519817905 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:53:52 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519817906 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:54:34 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519817907 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 22:16:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519817909 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 20 2023 21:18:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519864030 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 20 2023 21:18:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519817910 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 20 2023 21:18:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519817911 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 20 2023 21:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519817912 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 21:17:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519873136 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2023 21:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519817901 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2023 21:36:12 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519837264 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 20 2023 21:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519863567 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 21:36:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519859392 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 21:36:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519867547 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:35:34 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519909237 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:54:11 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519880597 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 22:17:12 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519817913 | + Email/Text: bankruptcy1@pffcu.org | Jul 20 2023 21:17:00 | Police & Fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 519837871 | + Email/Text: bankruptcy1@pffcu.org | Jul 20 2023 21:17:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 519839716 | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 21:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519817914 | ^ MEBN | Jul 20 2023 21:03:30 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519817915 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 21:18:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519817917 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 22:16:42 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 519819413 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:54:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 48

| | | | 23541-1021 |
|---|---|---|---|
| 519817918 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2023 21:54:35 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817919 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2023 21:35:26 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817920 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2023 22:16:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817921 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2023 21:36:14 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519840583 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 20 2023 21:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519836043 | + Email/Text: tdebn@credbankserv.com | | |
| | | Jul 20 2023 21:17:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519817923 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 20 2023 21:17:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519820173 | Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 20 2023 21:18:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519817925 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 20 2023 21:18:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519817894 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817895 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817896 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817899 | *+ | Card Works, Attn: Bankruptcy, 101 Crossways Park Dr West, Woodbury, NY 11797-2020 |
| 519817900 | *+ | Card Works, Attn: Bankruptcy, 101 Crossways Park Dr West, Woodbury, NY 11797-2020 |
| 519817908 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519817902 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519837267 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519817922 | *+ | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519817924 | *+ | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519820458 | * | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519817926 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1                                   User: admin                                        Page 4 of 4

Date Rcvd: Jul 20, 2023                               Form ID: plncf13                                  Total Noticed: 48

Date: Jul 22, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Robert M. Miller  Sr. ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Jennifer Lynn Miller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5