**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>   ROBERT M. MILLER, SR.<br>   JENNIFER L. MILLER<br><br>            Debtor(s) | Case No. 23-10531-JNP<br><br>Chapter 13 |

**FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**
**AND NOTICE OF OBJECTION PERIOD**

Isabel C. Balboa, former Chapter 13 Trustee for the period from the petition date through September 30, 2023, and Andrew B. Finberg, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $24,527.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$24,527.00** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,200.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,354.59 | |
| Other | $0.00 | |
| Secured Creditors | $4,448.69 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $9,850.03 | |
| **Total Disbursements & Expense of Administration:** | | **$19,853.31** |

| **Balance Transferred to Successor Trustee** | **$4,673.69** |
|---|---|

Dated:   10/25/2023

| | |
|---|---|
| /s/ Isabel C. Balboa | /s/ Andrew B. Finberg |
| Chapter 13 Former Trustee | Chapter 13 Successor Trustee |
| Cherry Tree Corporate Center | Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 | 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 | Cherry Hill, NJ 08002-2977 |