Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10531 (JNP)

Robert M. Miller, Sr. and Jennifer L. Miller  
118 Holly Avenue  
Berlin, NJ  08009

Monthly Payment: $2,585.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2023 | $2,837.00 | 03/03/2023 | $2,837.00 | 04/03/2023 | $2,837.00 | 04/28/2023 | $2,837.00 |
| 05/26/2023 | $2,837.00 | 06/23/2023 | $2,586.00 | 07/21/2023 | $2,586.00 | 08/18/2023 | $2,585.00 |
| 09/29/2023 | $2,585.00 | 10/27/2023 | $2,585.00 | 12/01/2023 | $2,585.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT M. MILLER, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,200.00 | $3,200.00 | $0.00 | $3,200.00 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $743.42 | $94.19 | $649.23 | $94.19 |
| 3 | CAPITAL ONE, N.A. | 33 | $3,324.64 | $421.23 | $2,903.41 | $421.23 |
| 4 | CAPITAL ONE, N.A. | 33 | $1,637.49 | $207.47 | $1,430.02 | $207.47 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | 33 | $1,220.42 | $154.63 | $1,065.79 | $154.63 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $2,146.92 | $272.02 | $1,874.90 | $272.02 |
| 7 | CITIBANK, N.A. | 33 | $1,577.85 | $199.91 | $1,377.94 | $199.91 |
| 8 | CITIBANK NORTH AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,067.60 | $515.36 | $3,552.24 | $515.36 |
| 10 | CITIBANK, N.A. | 33 | $5,030.37 | $637.34 | $4,393.03 | $637.34 |
| 11 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LAKEVIEW LOAN SERVICING, LLC | 24 | $1,384.69 | $1,384.69 | $0.00 | $1,384.69 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $456.92 | $57.89 | $399.03 | $57.89 |
| 14 | GOLDMAN SACHS BANK USA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $2,041.81 | $258.69 | $1,783.12 | $258.69 |
| 17 | TD BANK USA, N.A. | 33 | $1,179.88 | $149.49 | $1,030.39 | $149.49 |
| 18 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE, N.A. | 33 | $937.62 | $118.79 | $818.83 | $118.79 |
| 21 | LVNV FUNDING, LLC | 33 | $2,315.70 | $293.40 | $2,022.30 | $293.40 |
| 22 | SYNCHRONY BANK/HHGREGG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $1,130.69 | $143.25 | $987.44 | $143.25 |
| 24 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,187.58 | $403.86 | $2,783.72 | $403.86 |
| 25 | TD RETAIL CARD SERVICES | 24 | $3,064.00 | $3,064.00 | $0.00 | $3,064.00 |
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | U.S. DEPARTMENT OF EDUCATION | 33 | $28,054.66 | $3,554.51 | $24,500.15 | $3,554.51 |
| 28 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | JENNIFER L. MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ROBERT M. MILLER SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. DEPARTMENT OF EDUCATION | 33 | $60,256.61 | $7,634.47 | $52,622.14 | $7,634.47 |
| 33 | JPMORGAN CHASE BANK, N.A. | 33 | $1,016.64 | $128.81 | $887.83 | $128.81 |
| 34 | CAPITAL ONE, N.A. | 33 | $413.89 | $52.44 | $361.45 | $52.44 |
| 35 | CAPITAL ONE, N.A. | 33 | $927.42 | $117.51 | $809.91 | $117.51 |
| 36 | CAPITAL ONE, N.A. | 33 | $1,722.44 | $218.23 | $1,504.21 | $218.23 |
| 37 | TD BANK USA, N.A. | 33 | $1,361.67 | $172.52 | $1,189.15 | $172.52 |
| 38 | MERRICK BANK | 33 | $1,160.79 | $147.07 | $1,013.72 | $147.07 |
| 39 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,175.84 | $275.67 | $1,900.17 | $275.67 |
| 40 | LVNV FUNDING, LLC | 33 | $2,320.11 | $293.96 | $2,026.15 | $293.96 |
| 41 | LVNV FUNDING, LLC | 33 | $556.88 | $70.55 | $486.33 | $70.55 |
| 42 | LVNV FUNDING, LLC | 33 | $2,109.97 | $267.33 | $1,842.64 | $267.33 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 5.00 | $0.00 |
| 07/01/2023 | Paid to Date | $16,771.00 |
| 08/01/2023 | 54.00 | $2,585.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $29,697.00 |
| Total paid to creditors this period: | $24,509.28 |
| Undistributed Funds on Hand: | $2,336.84 |
| Arrearages: | $2,584.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**